**670**

E. Harris, Charles Fahy, Robert B. Watts, Laurence A. Knapp, and Morris P. Glushien for the National Labor Relations Board.

No. 624. PHOENIX FINANCE CORP. v. IOWA-WISCONSIN BRIDGE Co. January 20, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. Messrs. James R. Morford and Casper Schenk for petitioner. Messrs. Fred A. Ontjes and Wm. C. Green for respondent.

No. 625. UTILITIES INSURANCE Co. v. POTTER ET AL. January 20, 1941. Petition for writ of certiorari to the Supreme Court of Oklahoma granted, limited to the first question presented by the petition for the writ. Mr. Clayton B. Pierce for petitioner. Mr. John W. Barry for respondents.

No. 629. HARRIS, ADMINISTRATOR, v. ZION'S SAVINGS BANK & TRUST Co. February 3, 1941. Petition for writ of certiorari to the Supreme Court of Utah granted. Mr. J. D. Skeen for petitioner. Mr. Hadlond P. Thomas for respondent.

No. 654. DEPARTMENT OF TREASURY OF INDIANA ET AL. v. WOOD PRESERVING CORP. February 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. Messrs. Samuel D. Jackson, Attorney General of Indiana, Joseph W. Hutchinson, and Joseph P. McNamara, Deputy Attorneys General, for petitioners. Messrs. Frederick E. Matson, Harry T.